01-15-00941-CR

TO: HON CIERK
FIRST COURT OF APPEALS
301 FANNIN ST
HOUSTON, TX. 77002

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
NOV 4, 2015
CHRISTOPHER A. PRINE
CLERK

RE: MANDAMUS TO ENFORCE WRIT OF HaBeas CORPus 11.07
SEC.2 PRETRAIL WRIT. JURISDICTION AND REVIEW

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
NOV - 4 2015
CHRISTOPHER A. PRINE
CLERK

LEONARD. D. FANIEL (RELATOR)
-VS-
CHRIS DANIEL
(HARRIS) DISTRICT CIERK ( ~~RELATOR~~ RESPONDENT )
COUNTY
CAUSE NO. 1459000
- A DISTRICT COURT

Dear Hon. Clerk
        ENCLOSED Please find for filing with this
                                                        (1 PAGE )
1)MOTION FOR A LEAVE TO FILE FOR FILING ~~WITH THIS~~ MANDAMUS
2) WRIT OF MANDAMUS (pg of 2 TWO pages)
3) EXHIBIT - A (STATES RESPONSE TO HABEAS CORPus 11.07 SEC2
PRETRAIL WRIT.

Court soon as time allow and presentation to Hon. Judges
of appeals COURT.

Sincerly                                    ENC: CIERK 1ST CD.CV
Leonard D. Faniel                            D.A
SPN# 01889849                              CC: L/E - Filed

LEONARD DEMARCUS FANIEL
TO: HON. CLERK
MOTION FOR A LEAVE TO FILE MANDAMUS

FOR THE COURT TO SEE WRIT OF MANDAMUS, AND HABEAS CORPUS 11.07 PRETRAIL WRIT. THE WRIT OF MANDAMUS IS ATTACH TO EVERYTHING. THE STATE TO RESPONSE to 11.07.

I, LEONARD. FANIEL SPN. 01889849 CERTIFY the above allegations are true and correct to the best of my Knowledge and a copy of this Letter- complaint has been sent to the Hon. ClerK on this 10-30-2015 of october.

LEONARD FANIEL

Relator

-VS-

CHRIS DANIELS, HARRIS COUNTY DISTRICT CLERK

Respondent


WRIT OF MANDAMUS


TO HONORABLE APPEAL JUDGES

Come Now, LEONARD FANIEL, spn.01889849, Relator in the above related cause and files this his Writ of mandamus and will show this court as follows:

I.

Relator has filed a Pre-Trial Habeas Corpus pursuant to Art. 11.09 Sec. 2 on or about August. 28, 2015 with the Harris County District Clerk's Office. Relator has not heard from said Respondent since said filing date. Respondent has 35-days to respond or submit Writ to the Judge of Court and Appeals Court for immediate review.

II.

Relator has a constitutional right to effective assistance of counsel doing pre-trial. Relator is being denied that right thats why he petitioned for

relief in a pre-trial Writ OF Habeas filed with Respondent's office on Aug. 28, 2015

### RELIEF

Relator request this Honorable office to order the Respondent's office to hear the said Writ and/or send it to this Appeals Court for immediate review to pre-serve his pre-trial Constitutional rights and any other such relief deemed just.

Leonard D. Faniel
Leonard FANiel

### CERTIFICATE OF SERVICE

I, Leonard Faniel, spn 01889849 Relator, certify that he has sent a true copy of this Mandamus to the First Court OF Appeals Clerk and Respondent Chris Daniels on this Aug. 28, 2015 by U.S. mail pre-paid.

Respectfully Sub.
Leonard D. Faniel
Leonard Faniel
spn. 01889849
1200 Baker St
Houston Tx. 77002

— Two Page End —

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Leonard D. Faniel

SPN: 01889849    Cell: 3A113

Street: 1200 Bakers t

Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV - 4 2015

CHRISTOPHER A. PRINE
CLERK

INDIGENT

1700232066

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002    $ 000.48⁵
02 4W
0000334684 NOV. 02 2015

First Court of Appeals
301 Fannin st
Houston, TX. 77002